**Peter RASMUSSEN, Petitioner,**

v.

**NATIONAL TRANSPORTATION SAFETY BOARD and Federal Aviation Administration, Respondents.**

No. 03–1352.

United States Court of Appeals, District of Columbia Circuit.

June 10, 2004.

Peter Rasmussen, Severna Park, MD, pro se.

Joyce L. Redos, Peter J. Lynch, Assistant Chief Counsel, Washington, DC, for Respondents.

Before GINSBURG, Chief Judge, and SENTELLE and RANDOLPH, Circuit Judges.

## JUDGMENT

PER CURIAM.

This petition for review of an order of the National Transportation Safety Board was considered on the briefs and appendix filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the petition for review be denied. An applicant may not obtain a first class airman medical certificate if he has a medical history or clinical diagnosis of psychosis, *see* 14 C.F.R. § 67.107(a)(2); *Petition of Arechavala*, 3 NTSB 3060 (1990), and the agency's finding that petitioner has a medical history and clinical diagnosis of psychosis is supported by substantial evidence. *See* 49 U.S.C. §§ 1153(b)(3) and 46110(c).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.